**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  06-cr-00278-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. HERMAN A. REGUSTERS, JR.
      a/k/a "Harmon,"
      a/k/a "Kadar Husani Amir Mahdi,"
      a/k/a "Steven Ackerman,"

      Defendant.

---

### MINUTE ORDER[1]

---

      This will confirm that the sentencing hearing in the above captioned matter is set for **May 11, 2007**, at 2:30 p.m.  The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated:  March 5, 2007
-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.